FILED

08/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0296

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0296

_____

JAY DONALD WITKOWSKI,

      Petitioner and Appellant,

    v.                                    O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

The record was filed for purposes of this appeal on July 8, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than September 19, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2022